# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| Dawn Hauger, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>- against -<br><br>Dollar General Company,<br><br>                Defendant | 1:21-cv-01270-JES-JEH<br><br>Notice of Voluntary Dismissal |

Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 11, 2022

                                                    Respectfully submitted,

                                                    Sheehan & Associates, P.C.
                                                    /s/Spencer Sheehan
                                                    Spencer Sheehan
                                                    spencer@spencersheehan.com
                                                    60 Cuttermill Rd Ste 409
                                                    Great Neck NY 11021
                                                    Tel: (516) 268-7080

2

**Certificate of Service**

I certify that on July 11, 2022, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan

2